Helen Smith, Appellant, v. City of Chicago, a Municipal Corporation, Ready Coal and Construction Company, and August Sievers Sons Company, Appellees.

Gen. No. 47,274.

First District, Third Division.

July 3, 1958.

Released for publication October 2, 1958.

Joseph Barbera, for appellant; John C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin, and Rita Ivy Epstein, Assistant Corporation Counsel, of counsel) for City of Chicago, appellee; Erwin Wright (Vincent M. Clark, of counsel) for August Sievers Sons Co., appellee; Tom L. Yates, for Ready Coal & Construction Co., appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.